FILED
CLERK, U.S. DISTRICT COURT
FEB 25 2014
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO FLORES,<br><br>    Petitioner,<br><br>    v.<br><br>AMY MILLER (Warden),<br><br>    Respondent. | NO. CV 13-2909-VAP(E)<br><br>ORDER ACCEPTING FINDINGS,<br><br>CONCLUSIONS AND RECOMMENDATIONS<br><br>OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Petitioner's "Motion for Equitable Tolling" be denied and Judgment be entered denying and dismissing the Petition with prejudice.

///
///
///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: February 25, 2014.

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE