FILED
CLERK, U.S. DISTRICT COURT

FEB 25 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO FLORES,<br><br>    Petitioner,<br><br>  v.<br><br>AMY MILLER (Warden),<br><br>    Respondent. | NO. CV 13-2909-VAP(E)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: February 25 2014, 2014.

/s/ Virginia A. Phillips
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE